UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

In re: § Case No. 10-12286
§
FRB INC. §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

James Rigby, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,014,436.97 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,303,095.75 | | |

3) Total gross receipts of $2,454,156.29 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $136,623.57 (see **Exhibit 2),** yielded net receipts of $2,317,532.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $70,000.00 | $581,756.94 | $613,386.56 | $613,386.56 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,303,095.75 | $1,303,095.75 | $1,303,095.75 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $24,343.75 | $5,227.36 | $5,227.36 |
| General Unsecured Claims (from **Exhibit 7**) | $390,000.00 | $5,560,550.00 | $390,000.00 | $395,823.05 |
| **Total Disbursements** | $460,000.00 | $7,469,746.44 | $2,311,709.67 | $2,317,532.72 |

4). This case was originally filed under chapter 7 on 03/02/2010. The case was pending for 103 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2018        By:  /s/ James Rigby
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Real Property | 1110-000 | $750,000.00 |
| Accounts Receivable | 1121-000 | $254,156.29 |
| Real Property | 1210-000 | $1,450,000.00 |
| **TOTAL GROSS RECEIPTS** | | $2,454,156.29 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Michael R. Mastro | Surplus Funds | 8200-002 | $136,623.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $136,623.57 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Law Office of William Dresser | 4120-000 | $0.00 | $140,215.00 | $171,844.62 | $171,844.62 |
| SEC | Contra Costa County | 4700-000 | $0.00 | $354,746.77 | $354,746.77 | $354,746.77 |
| SEC | Smith Buss & Jacobs LLP (HOA Dues) | 4120-000 | $0.00 | $86,795.17 | $86,795.17 | $86,795.17 |
| | Tax Collector - New Rochelle | 4110-000 | $70,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $70,000.00 | $581,756.94 | $613,386.56 | $613,386.56 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James Rigby, Trustee | 2100-000 | NA | $92,775.98 | $92,775.98 | $92,775.98 |
| James Rigby, Trustee | 2200-000 | NA | $1,204.48 | $1,204.48 | $1,204.48 |
| International Sureties, Ltd. | 2300-000 | NA | $367.18 | $367.18 | $367.18 |
| Misc. closing costs - | 2500-000 | NA | $3,952.28 | $3,952.28 | $3,952.28 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| CA property | | | | | | |
| Misc. Closing Costs - NJ property | 2500-000 | | NA | $3,400.00 | $3,400.00 | $3,400.00 |
| Bank of Texas | 2600-000 | | NA | $9,744.10 | $9,744.10 | $9,744.10 |
| Green Bank | 2600-000 | | NA | $111.51 | $111.51 | $111.51 |
| U.S. Bankruptcy Court Clerk | 2700-000 | | NA | $603.00 | $603.00 | $603.00 |
| New York State Corporation Tax | 2820-000 | | NA | $1,456.00 | $1,456.00 | $1,456.00 |
| Property Taxes - NJ property | 2820-000 | | NA | $136,709.85 | $136,709.85 | $136,709.85 |
| Attorney Fees, Attorney for Trustee | 3210-000 | | NA | $935,524.00 | $935,524.00 | $935,524.00 |
| Ferreira Law LLC, Attorney for Trustee | 3210-000 | | NA | $19,138.00 | $19,138.00 | $19,138.00 |
| Attorney Costs, Attorney for Trustee | 3220-000 | | NA | $46,697.97 | $46,697.97 | $46,697.97 |
| Richard N. Ginnis CPA, Accountant for Trustee | 3410-000 | | NA | $6,391.00 | $6,391.00 | $6,391.00 |
| Richard N. Ginnis, CPA, Accountant for Trustee | 3420-000 | | NA | $20.40 | $20.40 | $20.40 |
| Real Estate Commission - NJ Property, Realtor for Trustee | 3510-000 | | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Real Estate Commissions - NJ property, Realtor for Trustee | 3510-000 | | NA | $30,000.00 | $30,000.00 | $30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $1,303,095.75 | $1,303,095.75 | $1,303,095.75 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $19,116.39 | $0.00 | $0.00 |
| 6 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $3,142.87 | $3,142.87 | $3,142.87 |
| NA | Commissioner of Taxation and Finance | 5800-000 | $0.00 | $2,084.49 | $2,084.49 | $2,084.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $24,343.75 | $5,227.36 | $5,227.36 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | James Rigby, Trustee for Michael Mastro | 7100-000 | $0.00 | $3,995,550.00 | $0.00 | $0.00 |
| 3 | Auburn Ace Holdings, LLC | 7100-000 | $390,000.00 | $390,000.00 | $390,000.00 | $390,000.00 |
| 3INT | Auburn Ace Holdings, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $5,817.48 |
| 4 | Edenbridge Inc | 7200-000 | $0.00 | $1,175,000.00 | $0.00 | $0.00 |
| INT | Commissioner of Taxation and Finance | 7990-000 | $0.00 | $0.00 | $0.00 | $5.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $390,000.00 | $5,560,550.00 | $390,000.00 | $395,823.05 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-12286 | Trustee Name: | James Rigby |
| --- | --- | --- | --- |
| Case Name: | FRB Inc | Date Filed (f) or Converted (c): | 03/02/2010 (f) |
| For the Period Ending: | 10/1/2018 | §341(a) Meeting Date: | 04/01/2010 |
| | | Claims Bar Date: | 06/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |// 
| **Ref. #** | | | | | |
| 1  Real Property | $250,000.00 | $180,000.00 | | $750,000.00 | FA |
| **Asset Notes:** 15 Shore Club Drive, New Rochelle, NY | | | | | |
| 2  Accounts Receivable | $1,900,000.00 | $1,900,000.00 | | $254,156.29 | FA |
| **Asset Notes:** Guarantees executed in connection with loan in connection with property | | | | | |
| 3  Real Property  (u) | $0.00 | $1,450,000.00 | | $1,450,000.00 | FA |
| **Asset Notes:** Canyon Oaks, California property | | | | | |
| 4  Other Litigation/Settlements  (u) | $0.00 | $10,000,000.00 | | $0.00 | FA |
| **Asset Notes:** Fraudulent conveyance claim - Adv. #11-01822 | | | | | |

**TOTALS (Excluding unknown value)**

|  | $2,150,000.00 | $13,530,000.00 | | $2,454,156.29 | **Gross Value of Remaining Assets** $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

06/26/2018    Ready to close.  Solvent estate.

**Initial Projected Date Of Final Report (TFR):**    12/01/2013          **Current Projected Date Of Final Report (TFR):**    12/03/2018    /s/ JAMES RIGBY

JAMES RIGBY

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1  Exhibit 9

| Case No. | 10-12286 | Trustee Name: | James Rigby |
|---|---|---|---|
| Case Name: | FRB Inc | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4380 | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2013 | | Williams Kastner Lawyers Trust Account | Sale Proceeds - NJ proerty | * | $478,094.98 | | $478,094.98 |
| | {1} | | Gross Sale Proceeds - NJ property | $750,000.00 | 1110-000 | | $478,094.98 |
| | | | Property Taxes - NJ property | $(136,709.85) | 2820-000 | | $478,094.98 |
| | | | Secured Creditor - NJ property | $(86,795.17) | 4120-000 | | $478,094.98 |
| | | | Misc. Closing Costs - NJ property | $(3,400.00) | 2500-000 | | $478,094.98 |
| | | | Real Estate Commissions - NJ property | $(30,000.00) | 3510-000 | | $478,094.98 |
| | | | Real Estate Commission - NJ Property | $(15,000.00) | 3510-000 | | $478,094.98 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $195.36 | $477,899.62 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $771.18 | $477,128.44 |
| 09/16/2013 | 3001 | James Rigby | Trustee's Interim Compensation | 2100-000 | | $30,750.00 | $446,378.44 |
| 09/16/2013 | 3002 | James Rigby | Trustee's Expenses | 2200-000 | | $1,491.42 | $444,887.02 |
| 09/16/2013 | 3003 | Ferreira Law LLC | Special Counsel's Fee | 3210-000 | | $6,990.00 | $437,897.02 |
| 09/16/2013 | 3004 | Williams Kastner & Gibbs PLLC | Special Counsel's Expenses | 3220-000 | | $37,698.65 | $400,198.37 |
| 09/16/2013 | 3005 | Williams Kastner & Gibbs PLLC | Special Counsel's Fees | 3210-000 | | $388,198.37 | $12,000.00 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $431.07 | $11,568.93 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.66 | $11,550.27 |
| 11/08/2013 | | Stewart Title | Sale Proceeds - California property | * | $965,241.73 | | $976,792.00 |
| | {3} | | Gross sale proceeds - CA property | $1,450,000.00 | 1210-000 | | $976,792.00 |
| | | | Property taxes - CA property | $(308,961.37) | 4700-000 | | $976,792.00 |
| | | | Secured creditor - CA property | $(171,844.62) | 4120-000 | | $976,792.00 |
| | | | Misc. closing costs - CA property | $(3,952.28) | 2500-000 | | $976,792.00 |
| 11/08/2013 | | James Rigby | Refund on Check# 3002 - Refund of insurance premium paid by trustee to McDonald McGarry and reimbursed. | 2200-002 | | ($408.00) | $977,200.00 |
| 11/18/2013 | 3006 | Williams Kastner & Gibbs PLLC | Attorney's Fees per 9/13/13 Order | 3210-000 | | $349,039.13 | $628,160.87 |
| 11/18/2013 | 3007 | Stewart Title Guaranty Company | Property Taxes per 1/26/12 Order | 4700-000 | | $45,785.40 | $582,375.47 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $686.83 | $581,688.64 |
| 12/30/2013 | 3008 | Williams Kastner & Gibbs | Per court order | * | | $152,960.21 | $428,728.43 |
| | | | Attorney's Fee | $(146,710.50) | 3210-000 | | $428,728.43 |
| | | | Attorney's Costs | $(6,249.71) | 3220-000 | | $428,728.43 |

SUBTOTALS  $1,443,336.71  $1,014,608.28

| | | | | Page No: 2 | | Exhibit 9 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-12286 | | Trustee Name: | James Rigby |
|---|---|---|---|---|
| Case Name: | FRB Inc | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4380 | | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $938.67 | $427,789.76 |
| 01/02/2014 | 3009 | James Rigby | Trustee's compensation per 12/31/13 order | 2100-000 | | $30,000.00 | $397,789.76 |
| 01/02/2014 | 3010 | Ferreira Law LLC | Special Counsel's Fee per 12/31/13 | 3210-000 | | $7,020.00 | $390,769.76 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $643.86 | $390,125.90 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $568.62 | $389,557.28 |
| 03/11/2014 | 3011 | International Sureties, Ltd. | Bond #016027975 | 2300-000 | | $342.91 | $389,214.37 |
| 03/11/2014 | 3012 | New York State Corporation Tax | Form CT-3 NY State Taxes per 3/11/14 Order | 2820-000 | | $1,313.00 | $387,901.37 |
| 03/11/2014 | 3013 | New York State Corporation Tax | Form CT-3-3M/4M NY State Taxes per 3/11/14 Order | 2820-000 | | $133.00 | $387,768.37 |
| 03/11/2014 | 3014 | New York State Corporation Tax | Form CT-240 NY state tax per 3/11/14 Order | 2820-000 | | $10.00 | $387,758.37 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $627.29 | $387,131.08 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $604.56 | $386,526.52 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $623.73 | $385,902.79 |
| 06/23/2014 | 3015 | Auburn Ace Holdings, LLC | Unsecured creditor per 12/31/13 Order | 7100-000 | | $300,000.00 | $85,902.79 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $508.94 | $85,393.85 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $137.79 | $85,256.06 |
| 08/08/2014 | (2) | Eric R. Perkins | Winograd Settlement Funds | 1121-000 | $254,156.29 | | $339,412.35 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $547.70 | $338,864.65 |
| 09/05/2014 | 3016 | Auburn Ace Holdings, LLC | Unsecured creditor per 12/31/13 Order | 7100-000 | | $90,000.00 | $248,864.65 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $463.59 | $248,401.06 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $400.84 | $248,000.22 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $387.28 | $247,612.94 |
| 12/08/2014 | 3017 | Ferreira Law LLC | Special Counsel's fee per 12/5/14 Order | 3210-000 | | $5,128.00 | $242,484.94 |
| 12/08/2014 | 3018 | Richard N. Ginnis CPA | Accountant's Fee per 12/5/14 Order | 3410-000 | | $3,860.00 | $238,624.94 |
| 12/08/2014 | 3019 | Williams, Kastner & Gibbs PLLC | Attorney's fees and costs per 12/8/14 Order | * | | $47,768.21 | $190,856.73 |
| | | | Attorney's Fees $(45,197.50) | 3210-000 | | | $190,856.73 |
| | | | Attorney's Costs $(2,570.71) | 3220-000 | | | $190,856.73 |
| 12/18/2014 | 3020 | Auburn Ace Holdings, LLC | Interest on claim per 12/18/14 Order | 7990-000 | | $5,817.48 | $185,039.25 |
| 12/18/2014 | 3021 | James Rigby | Trustee fee per 12/18/14 Order | 2100-000 | | $25,000.00 | $160,039.25 |

| | | | | SUBTOTALS | $254,156.29 | $522,845.47 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3     Exhibit 9

| Case No. | 10-12286 | Trustee Name: | James Rigby |
|---|---|---|---|
| Case Name: | FRB Inc | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4380 | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2014 | 3022 | James Rigby | Trustee Expenses per 12/18/14 Order | 2200-000 | | $43.56 | $159,995.69 |
| 12/18/2014 | 3023 | Bankruptcy Estate of Michael R. Mastro | Surplus Funds per 12/18/14 Order | 8200-002 | | $135,000.00 | $24,995.69 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $367.71 | $24,627.98 |
| 01/12/2015 | 3024 | Commissioner of Taxation and Finance | Priority Tax Claim/Interest per 1/12/15 Order | * | | $2,119.24 | $22,508.74 |
| | | | Priority Claim $(2,084.49) | 5800-000 | | | $22,508.74 |
| | | | Surplus Interest $(34.75) | 7990-000 | | | $22,508.74 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $38.41 | $22,470.33 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.75 | $22,437.58 |
| 03/16/2015 | | Commissioner of Taxation and Finance | Partial refund of interest payment to State of New York, Claim #NA | 7990-000 | | ($29.18) | $22,466.76 |
| 03/18/2015 | 3025 | International Sureties, Ltd. | Bond Payment, #016027975 | 2300-000 | | $15.42 | $22,451.34 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.22 | $22,415.12 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.00 | $22,380.12 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.11 | $22,344.01 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.89 | $22,309.12 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.00 | $22,273.12 |
| 08/03/2015 | 3026 | FRANCHISE TAX BOARD | Priority tax claim per 8/3/15 Order | 5800-000 | | $3,142.87 | $19,130.25 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $35.77 | $19,094.48 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.81 | $19,064.67 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.76 | $19,033.91 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.72 | $19,004.19 |
| 12/21/2015 | 3027 | Richard N. Ginnis CPA | Accountant Fee per 12/21/15 Order | 3410-000 | | $1,220.00 | $17,784.19 |
| 12/21/2015 | 3028 | Williams Kastner & Gibbs PLLC | Attorney Fees/Costs per 12/21/15 Order | * | | $5,636.55 | $12,147.64 |
| | | | Attorney Fees $(5,496.50) | 3210-000 | | | $12,147.64 |
| | | | Attorney Costs $(140.05) | 3220-000 | | | $12,147.64 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.24 | $12,117.40 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.50 | $12,097.90 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.21 | $12,079.69 |

SUBTOTALS     $0.00     $147,959.56

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4    Exhibit 9

| Case No. | 10-12286 | | Trustee Name: | James Rigby |
|---|---|---|---|---|
| Case Name: | FRB Inc | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4380 | | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.43 | $12,060.26 |
| 04/04/2016 | 3029 | International Sureties, Ltd. | Bond Payment - Bond No. 016027975 | 2300-000 | | $4.86 | $12,055.40 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.77 | $12,036.63 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.37 | $12,017.26 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.71 | $11,998.55 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.30 | $11,979.25 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.27 | $11,959.98 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.62 | $11,941.36 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.21 | $11,922.15 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.56 | $11,903.59 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.15 | $11,884.44 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.17 | $11,865.27 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $17.29 | $11,847.98 |
| 03/24/2017 | 3030 | International Sureties, Ltd. | Bond #016027975 | 2300-000 | | $3.99 | $11,843.99 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.11 | $11,824.88 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.46 | $11,806.42 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $19.05 | $11,787.37 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.40 | $11,768.97 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.99 | $11,749.98 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.96 | $11,731.02 |
| 09/29/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.31 | $11,712.71 |
| 10/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.90 | $11,693.81 |
| 11/29/2017 | | Green Bank | Transfer Funds | 9999-000 | | $11,693.81 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $12,079.69 | |

| Case No. | 10-12286 | Trustee Name: | James Rigby |
|---|---|---|---|
| Case Name: | FRB Inc | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***4380 | Checking Acct #: | ******0714 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $1,697,493.00 | $1,697,493.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $11,693.81 | |
| | | | Subtotal | | $1,697,493.00 | $1,685,799.19 | |
| | | | Less: Payments to debtors | | $0.00 | $135,000.00 | |
| | | | Net | | $1,697,493.00 | $1,550,799.19 | |

| For the period of 3/2/2010 to 10/1/2018 | | For the entire history of the account between 07/22/2013 to 10/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,454,156.29 | Total Compensable Receipts: | $2,454,156.29 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,454,156.29 | Total Comp/Non Comp Receipts: | $2,454,156.29 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,307,462.48 | Total Compensable Disbursements: | $2,307,462.48 |
| Total Non-Compensable Disbursements: | $135,000.00 | Total Non-Compensable Disbursements: | $135,000.00 |
| Total Comp/Non Comp Disbursements: | $2,442,462.48 | Total Comp/Non Comp Disbursements: | $2,442,462.48 |
| Total Internal/Transfer Disbursements: | $11,693.81 | Total Internal/Transfer Disbursements: | $11,693.81 |

| Case No. | 10-12286 | | | Trustee Name: | James Rigby |
|---|---|---|---|---|---|
| Case Name: | FRB Inc | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4380 | | | Checking Acct #: | ******8601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 3/2/2010 | | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/1/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $11,693.81 | | $11,693.81 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.21 | $11,692.60 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $18.86 | $11,673.74 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.83 | $11,654.91 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $16.98 | $11,637.93 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $19.38 | $11,618.55 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.53 | $11,601.02 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $18.72 | $11,582.30 |
| 08/27/2018 | 2000 | Richard N. Ginnis CPA | Accountant's Fee per 8/24/18 Order | 3410-000 | | $1,311.00 | $10,271.30 |
| 08/27/2018 | 2001 | Richard N. Ginnis, CPA | Accountant Expenses per 8/24/18 Order | 3420-000 | | $20.40 | $10,250.90 |
| 08/27/2018 | 2002 | Williams Kastner & Gibbs PLLC | Attorney's Fee per 8/24/18 Order | 3210-000 | | $882.00 | $9,368.90 |
| 08/27/2018 | 2003 | Williams Kastner & Gibbs PLLC | Attorney's Expenses per 8/24/18 Order | 3220-000 | | $38.85 | $9,330.05 |
| 08/27/2018 | 2004 | U.S. Bankruptcy Court Clerk | Court Costs per 8/24/18 Order | 2700-000 | | $603.00 | $8,727.05 |
| 08/27/2018 | 2005 | Bankruptcy Estate of Michael R. Mastro | Surplus Funds per 8/24/18 Order | 8200-002 | | $1,623.57 | $7,103.48 |
| 08/27/2018 | 2006 | James Rigby | Trustee Compensation per 8/24/18 Order | 2100-000 | | $7,025.98 | $77.50 |
| 08/27/2018 | 2007 | James Rigby | Trustee Expenses per 8/24/18 Order | 2200-000 | | $77.50 | $0.00 |
| | | | | **SUBTOTALS** | $11,693.81 | $11,693.81 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7  Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 10-12286 | **Trustee Name:** | James Rigby |
| **Case Name:** | FRB Inc | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4380 | **Checking Acct #:** | ******8601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 3/2/2010 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 10/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | |
|---|---|---|---|---|
| | | TOTALS: | $11,693.81 | $11,693.81 | $0.00 |
| | | Less: Bank transfers/CDs | $11,693.81 | $0.00 | |
| | | Subtotal | $0.00 | $11,693.81 | |
| | | Less: Payments to debtors | $0.00 | $1,623.57 | |
| | | Net | $0.00 | $10,070.24 | |

| For the period of 3/2/2010 to 10/1/2018 | | For the entire history of the account between 11/30/2017 to 10/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,693.81 | Total Internal/Transfer Receipts: | $11,693.81 |
| | | | |
| Total Compensable Disbursements: | $10,070.24 | Total Compensable Disbursements: | $10,070.24 |
| Total Non-Compensable Disbursements: | $1,623.57 | Total Non-Compensable Disbursements: | $1,623.57 |
| Total Comp/Non Comp Disbursements: | $11,693.81 | Total Comp/Non Comp Disbursements: | $11,693.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Page No: 8 | | | Exhibit 9 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-12286 | | **Trustee Name:** | James Rigby |
| **Case Name:** | FRB Inc | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***4380 | | **Checking Acct #:** | ******8601 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking |
| **For Period Beginning:** | 3/2/2010 | | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 10/1/2018 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,697,493.00 | $1,697,493.00 | $0.00 |

**For the period of 3/2/2010 to 10/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,454,156.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,454,156.29 |
| Total Internal/Transfer Receipts: | $11,693.81 |
| | |
| Total Compensable Disbursements: | $2,317,532.72 |
| Total Non-Compensable Disbursements: | $136,623.57 |
| Total Comp/Non Comp Disbursements: | $2,454,156.29 |
| Total Internal/Transfer Disbursements: | $11,693.81 |

**For the entire history of the case between 03/02/2010 to 10/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,454,156.29 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,454,156.29 |
| Total Internal/Transfer Receipts: | $11,693.81 |
| | |
| Total Compensable Disbursements: | $2,317,532.72 |
| Total Non-Compensable Disbursements: | $136,623.57 |
| Total Comp/Non Comp Disbursements: | $2,454,156.29 |
| Total Internal/Transfer Disbursements: | $11,693.81 |

/s/ JAMES RIGBY

JAMES RIGBY